IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSIE HILL, ADC # 104136**                                              PLAINTIFF

v.                              Case No. 4:11-cv-74-DPM

**CHRIS E. WILLIAMS; PHILLIP H.
SHIRRON; JOHN W. COLE; DAN
HARMON; HAROLD KING; RICHARD
A. GARRETT; EDDY R. EASLEY;
NORMAN B. FRISBY; ESTATE OF
SHERMAN BELL; BOB ADAMS;
NORMAN MARK KLAPPENBACH;
ESTATE OF JOE KELLY HARDIN;
DOES, Jurors/alternate jurors, Grant
County Trial, September 1995; BOB
FRAZIER; CRAIN, Attorney, Malvern, AR;
ARKANSAS ATTORNEY GENERAL,
Office and Staff;and CITY OF
SHERIDAN, ARKANSAS**                                                    DEFENDANTS

JUDGMENT

Hill's complaint and amended complaint are dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

*[signature]*

D.P. Marshall Jr.
United States District Judge

21 June 2011