IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSIE HILL, ADC # 104136**                                                                      PLAINTIFF

v.                                  Case No. 4:11-cv-74-DPM

**CHRIS E. WILLIAMS; PHILLIP H.
SHIRRON; JOHN W. COLE; DAN
HARMON; HAROLD KING; RICHARD
A. GARRETT; EDDY R. EASLEY;
NORMAN B. FRISBY; ESTATE OF
SHERMAN BELL; BOB ADAMS;
NORMAN MARK KLAPPENBACH;
ESTATE OF JOE KELLY HARDIN;
DOES, Jurors/alternate jurors, Grant
County Trial, September 1995; BOB
FRAZIER; CRAIN, Attorney, Malvern, AR;
ARKANSAS ATTORNEY GENERAL,
Office and Staff; and CITY OF
SHERIDAN, ARKANSAS**                                                                         **DEFENDANTS**

### ORDER

Hill's motion to reconsider, *Document No. 20*, is denied. Attacking the proof behind his state-court conviction does not establish exhaustion or cure Hill's failure to seek habeas relief. His motion for a certificate of appealability, *Document No. 21*, is also denied. These certificates lie in habeas proceedings;

not § 1983 actions like this one.  28 U.S.C.A. § 2253(a) (West 2006).  The Court certified, in any event, that an *in forma pauperis* appeal would not be in good faith.  *Document No. 16.*  If Hill wishes to appeal, then within thirty days he should either pay the $455.00 filing to this Court or file an application to proceed *in forma pauperis* with the United States Court of Appeals for the Eighth Circuit.

     So Ordered.

*/s/ D.P. Marshall Jr.*
———————————————
D.P. Marshall Jr.
United States District Judge

8 July 2011